173 So. 923

**Abb PRUITT, alias & C., v. STATE.**

8 Div. 378.

Court of Appeals of Alabama.
Jan. 26, 1937.

SAMFORD, Judge.
Appeal dismissed.

174 So. 904

**Robert PURSER v. STATE.**

8 Div. 511.

Court of Appeals of Alabama.
May 25, 1937.

RICE, Judge.
Affirmed.

165 So. 922

**Jackson QUINN v. CITY OF HUNTSVILLE.**

8 Div. 197.

Court of Appeals of Alabama.
Feb. 11, 1936.

SAMFORD, Judge.
Affirmed.

165 So. 922

**Jackson QUINN v. CITY OF HUNTSVILLE.**

8 Div. 202.

Court of Appeals of Alabama.
Feb. 4, 1936.

BRICKEN, Presiding Judge.
Affirmed.

174 So. 905

**W. E. RAY v. STATE.**

6 Div. 85.

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Appeal dismissed.

173 So. 923

**Barney REDD v. STATE.**

6 Div. 124.

Court of Appeals of Alabama.
Feb. 2, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

173 So. 923

**Wheeler REED v. STATE.**

1 Div. 277.

Court of Appeals of Alabama.
April 13, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

171 So. 925

**Rockey REEL v. STATE.**

6 Div. 17.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Appeal dismissed.